UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KELVIN ORTIZ RIVERA,

    Plaintiff,

v.                                              Case No. 6:22-cv-1020-RBD-RMN

STEPP'S TOWING SERVICE, INC.,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, the parties filed a joint motion for settlement approval and dismissal of this case with prejudice. (Doc. 24 ("Motion"); Doc. 24-1 ("Agreement").) On referral, U.S. Magistrate Judge Robert M. Norway recommends granting the Motion. (Doc. 29 ("R&R").) Neither party objected so the Court examines the R&R for clear error only. (Doc. 30); *see Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 29) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Motion (Doc. 24) is **GRANTED**.

3. The Agreement (Doc. 24-1) is **APPROVED** as fair and reasonable.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 14, 2023.

ROY B. DALTON JR.
United States District Judge